UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00029(1)-ADA |
| | § | |
| (1) JOSE ANTONIO MEDINA-MEJIA | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 16, 2026, wherein the defendant (1) JOSE ANTONIO MEDINA-MEJIA waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower  for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JOSE ANTONIO MEDINA-MEJIA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JOSE ANTONIO MEDINA-MEJIA 's plea of guilty to Count One (1) is accepted.

Signed this 10th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE